# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **In re Rule 45 Subpoena Directed to Truist Securities, Inc.** | **Misc. Case No.** _____<br><br>Related Case:<br>*Pampena et al., v. Musk*,<br>No. 3:22-cv-05937-CRB (N.D. Cal.) |

## NON-PARTY TRUIST SECURITIES, INC.'S MOTION TO QUASH

Pursuant to Federal Rules of Civil Procedure 45(d)(3), Non-Party Truist Securities, Inc. ("Truist") hereby moves to quash the Subpoena to Testify at a Deposition in a Civil Action in *Pampena, et al., v. Musk*, No. 3:22-cv-05937-CRB (N.D. Cal.), for the reasons set forth in the accompanying Memorandum of Law.

WHEREFORE, Truist respectfully requests that this Court grant Truist's motion and quash the Subpoena.

Respectfully submitted this 19th day of March, 2025.

                                                  **ALSTON & BIRD**

                                                  */s/* Timothy J. Fitzmaurice
                                                  Timothy J. Fitzmaurice
                                                  Ga. Bar No. 241959
                                                  tim.fitzmaurice@alston.com
                                                  1201 West Peachtree Street
                                                  Atlanta, Georgia 30309
                                                  Telephone:  404-881-7000
                                                  Facsimile:   404-881-7777

                                                  *Counsel for Non-Party Truist Securities, Inc.*

## LOCAL RULE 7.1D CERTIFICATION

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

**ALSTON & BIRD**

*/s/* Timothy J. Fitzmaurice
Timothy J. Fitzmaurice
Ga. Bar No. 241959
tim.fitzmaurice@alston.com
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone:  404-881-7000
Facsimile:   404-881-7777

*Counsel for Non-Party Truist Securities, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2025, I caused the foregoing document to be electronically filed via CM/ECF and served on the foregoing counsel of record in the Twitter Litigation via electronic mail and overnight UPS:

COTCHETT, PITRE & MCCARTHY
Joseph W. Cotchett
jcotchett@cpmlegal.com
Mark C. Molumphy
mmolumphy@cpmlegal.com
Tyson C. Redenbarger
tredenbarger@cpmlegal.com
Gia Jung
gjung@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr.
fbottini@bottinilaw.com
Albert Y. Chang
achang@bottinilaw.com
Aaron Arnzen
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro
alexspiro@quinnemanuel.com
Jesse A. Bernstein
jessebernstein@quinnemanuel.com
Jonathan E. Feder
jonathanfeder@quinnemanuel.com
295 Fifth Ave, New York, NY 10016

Michael T. Lifrak
michaellifrak@quinnemanuel.com
Joseph C. Sarles
josephsarles@quinnemanuel.com
Alex Bergjans
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

Nathan Archibald
nathanarchibald@quinnemanuel.com
2755 E. Cottonwood Parkway, Suite 430
Salt Lake City, Utah 84121

**ALSTON & BIRD**

*/s/* Timothy J. Fitzmaurice
Timothy J. Fitzmaurice
Ga. Bar No. 241959
tim.fitzmaurice@alston.com
1201 West Peachtree Street
Atlanta, Georgia 30309

2

Telephone: 404-881-7000
Facsimile: 404-881-7777

*Counsel for Non-Party Truist Securities, Inc.*